1042

No. 99–8072.  MENDOZA ET AL. *v.* PENNINGTON ET AL.  Ct. App. Ga.  Certiorari denied.

No. 99–8073.  MENCHACA *v.* OLIVAREZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 99–8098.  KINGSTON *v.* CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–8110.  ZAIN *v.* WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 99–8132.  WILLIAMS *v.* CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–8136.  BERGET *v.* GIBSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 99–8143.  MONTANYA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–8144.  MICHELFELDER *v.* GAY & CHACKER, P. C.  Super. Ct. Pa.  Certiorari denied.

No. 99–8146.  FRANCIS *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–8147.  DIXON *v.* STATE BAR OF CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 99–8149.  HAWKINS *v.* MAINE BUREAU OF INSURANCE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 99–8179.  MCKINNEY *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 99–8201.  TERRELL *v.* GILES, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–8215.  SNIPES *v.* COOK ET AL.  C. A. 5th Cir.  Certiorari denied.